FILED: January 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1020
(5:24-cv-00731-M-RJ)

_____

JUDGE JEFFERSON GRIFFIN

      Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:24-cv-00731-M-RJ |
| Date notice of appeal filed in originating court: | 01/06/2025 |
| Appellant(s) | North Carolina State Board of Elections |
| Appellate Case Number | 25-1020 |
| Case Manager | Rachel Phillips<br>804-916-2702 |