# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 8, 2025

_____

RESPONSE REQUESTED

_____

No.   25-1020,          Jefferson Griffin v. NC State Board of Elections
                        5:24-cv-00731-M-RJ

TO:   Jefferson Griffin

RESPONSE DUE: 01/08/2025 & 01/14/2025

Response is required to the motion for temporary administrative stay on or before 01/08/2025 at 12:00 pm.

Response is required to the motion to stay on or before 01/14/2025.

The parties are advised that the court will not sua sponte suspend the briefing schedule pending disposition of the motion; a request to suspend briefing may be made by filing a motion to suspend.

Rachel Phillips, Deputy Clerk
804-916-2702