FILED: January 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1020
(5:24-cv-00731-M-RJ)
_____

JEFFERSON GRIFFIN

        Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

        Defendant – Appellant

ALLISON JEAN RIGGS

        Intervenor

_____

O R D E R
_____

The motion to intervene (ECF No. 14) is granted.

At oral argument in No. 25-1018(L), the parties agreed that the issues in those appeals and those in this appeal (No. 25-1020) are not substantially distinct. To the extent that any party (including appellants, appellees, or intervenors) wish to argue any distinction between the two sets of cases (No. 24-1018(L) and 25-1020), they

may file briefs with the Court by the close of business (5:00pm EST) on Thursday, January 30. No other briefs will be permitted in No. 25-1020. The existing briefing schedule in No. 25-1020 is superseded.

        For the Court

        /s/ Nwamaka Anowi, Clerk