No. 25-1020

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

JEFFERSON GRIFFIN,
*Plaintiff-Appellee*,

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS,
*Defendant-Appellant*,

and

ALLISON RIGGS,
*Intervenor- Appellant.*

On Appeal from the United States District Court
for the Eastern District of North Carolina

**PROPOSED INTERVENOR-APPELLANTS' JOINDER**

NARENDRA K. GHOSH
PATTERSON HARKAVY LLP
100 EUROPA DRIVE, STE 420
CHAPEL HILL, NC 27217
(919) 942-5200

LALITHA D. MADDURI
CHRISTOPHER D. DODGE
TINA MENG MORRISON
JULIE ZUCKERBROD
JAMES J. PINCHAK
ELIAS LAW GROUP LLP
250 MASSACHUSETTS AVE, N.W., STE 400
WASHINGTON, D.C. 20001
(202) 968-4490

1.  Proposed Intervenor-Appellants are the N.C. Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson ("Proposed Voter Intervenors").

2.  Proposed Voter Intervenors are parties to Appeal Nos. 25-1018(L), -1019, and -1024 ("*Griffin I*"). *See generally* Appeal No. 25-1019 (Voter Intervenors' appeal). They have moved to intervene in this appeal ("*Griffin II*") in parallel with the filing of this joinder.[1] Doc. 26. The existing parties—the State Board, Justice Riggs, and Judge Griffin—do not oppose the motion to intervene.

3.  As this Court has recognized, this appeal does "not [raise] substantially distinct" issues from *Griffin I*. Order (Jan. 28, 2025), Doc. 19. As the district court similarly noted, "the factual and legal subject matter of this action [*Griffin II*] is substantially identical" to *Griffin I*. *See* Order, *Griffin v. N.C. State Bd. of Elections*, Case No. 5:24-cv-00731-BO (E.D.N.C. Jan. 6, 2025), ECF No. 24.

---

[1] As in *Griffin I*, Proposed Voter Intervenors filed a motion to intervene in this case below. *See Griffin v. N.C. State Bd. of Elections*, Case No. 5:24-cv-00731-BO (E.D.N.C. Dec. 30, 2024), ECF No. 14. The district court remanded the case to the Superior Court of Wake County before it had occasion to rule on that motion. *See id.*, ECF No. 24.

4.  Because *Griffin I* and *Griffin II* raise substantially identical issues, Proposed Voter Intervenors file this joinder to indicate that they respectfully join the response set forth by the North Carolina State Board of Elections in response to this Court's January 28 order. *See* Docs. 19, 25.

January 30, 2025

Respectfully submitted,

/s/ *Lalitha D. Madduri*
Lalitha D. Madduri
Christopher D. Dodge
Tina Meng Morrison
Julie Zuckerbrod
James J. Pinchak
ELIAS LAW GROUP LLP
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
cdodge@elias.law
tmengmorrison@elias.law
jzuckerbrod@elias.law
jpinchak@elias.law

Narendra K. Ghosh
N.C. Bar No. 37649
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com

*Counsel for Proposed Intervenor-Appellants the North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson*

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B), because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 257 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook.

Dated: January 30, 2025

/s/ *Lalitha D. Madduri*
Lalitha D. Madduri

*Counsel for Proposed Intervenor-Appellants the North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson*

## CERTIFICATE OF SERVICE

On this 30th day of January, 2025, I electronically filed the foregoing using the Court's appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by that system.

/s/ *Lalitha D. Madduri*
Lalitha D. Madduri

*Counsel for Proposed Intervenor-Appellants North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson*