FILED: February 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1020
(5:24-cv-00731-M-RJ)
_____

JUDGE JEFFERSON GRIFFIN

 Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

 Defendant - Appellant

ALLISON JEAN RIGGS; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON

 Intervenors

_____

O R D E R
_____

Upon consideration of the unopposed motion to intervene on appeal filed by the North Carolina Alliance for Retired Americans, Votevets Action Fund, Tanya Webster-Durham, Sarah Smith and Juanita Anderson, the court grants the motion

and permits the movants to intervene as intervenors.

For the Court

/s/ Nwamaka Anowi, Clerk